In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-198 CR


NO. 09-08-199 CR


____________________



KENNETH PAUL WASHINGTON, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 97103, 98395






MEMORANDUM OPINION


 We have before the Court a handwritten request from the appellant, Kenneth Paul
Washington, Jr., to dismiss his appeals. See Tex. R. App. P. 42.2. A request to dismiss the
appeals is made by appellant personally and joined by counsel of record. See Tex. R. App.
P. 2. No opinions have issued in these appeals. The motion is granted, and the appeals are
therefore dismissed. 


 APPEALS DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered June 11, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.